UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00381
    ARAFAT Y ATIK
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

              Debtor
    SSN XXX-XX-2993

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 01/09/2008 and was confirmed 03/05/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/20/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RMI/MCSI | UNSECURED | 1750.00 | .00 | .00 |
| EMC MORTGAGE CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE CORPORATION | MORTGAGE ARRE | .00 | .00 | .00 |
| EMC MORTGAGE CORPORATION | NOTICE ONLY | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 17000.00 | 121.88 | 1380.94 |
| WACHOVIA DEALER SERVICES | UNSECURED | 905.66 | .00 | .00 |
| LITTON LOAN SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING | MORTGAGE ARRE | 3473.07 | .00 | 153.18 |
| LITTON LOAN SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 60.00 | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 206.99 | .00 | .00 |
| VILLAGE OF JUSTICE | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF BRIDGEVIEW | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ANGELA ATIK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ANGELA ATIK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ANGELA ATIK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ANGELA ATIK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ANGELA ATIK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE BANK USA NA | SECURED NOT I | 493.45 | .00 | .00 |
| STEFANS STEFANS & STEFAN | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 144.00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    1,800.00

PRIORITY                                           .00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00381 ARAFAT Y ATIK

```
SECURED                                              1,534.12
    INTEREST                                           121.88
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                   144.00
DEBTOR REFUND                                             .00
                            ---------------    ---------------
TOTALS                           1,800.00           1,800.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/19/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE